# Court of Appeals
# of the State of Georgia

ATLANTA,___April 14, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14I0156.  REGINALD MCARTHUR JOHNSON v. THE STATE.**

Reginald McArthur Johnson filed this application for interlocutory appeal from the superior court's order denying his motion to dismiss the indictment against him on the basis of OCGA § 16-1-7 (b). In the motion, Johnson asserted that the crimes for which he was indicted should have been charged in a former prosecution of another crime. Such an order is directly appealable. See *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982); *Miller v. State*, 204 Ga. App. 562, 563 (420 SE2d 12) (1992).

This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). It appears that Johnson has not filed a notice of appeal; therefore, the application is hereby GRANTED.   Johnson shall have ten days from the date of this order to file a notice of appeal in the superior court.  The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/14/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*